JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| DARTWAUN THIBODEAUX, | ) | No. CV 13-03333-SVW (VBK) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| RALPH M. DIAZ, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the findings and recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: April 9, 2014

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE